UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEMOINE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant(s). | CASE NO. 3:15-CV-02941-WHO<br><br>**JUDGMENT** |

　　　The Court having granted State Farm General Insurance Company's motion for summary judgment on the following claims: (i) breach of contract as to Claim II; (ii) breach of the covenant of good faith and fair dealing for Claim I; (iii) breach of the covenant of good faith and fair dealing for Claim II; (iv) negligence for Claim I and Claim II; (v) declaratory relief; and (iv) punitive damages (Docket No. 24, November 16, 2016);

　　　The parties having settled the only remaining claim for breach of contract as to Claim I and said remaining causes of action having been dismissed with prejudice;

　　　and Good Cause Appearing therefor.

　　　IT IS HEREBY ORDERED, ADJUDGED and DECREED that: Plaintiff Charles Lemoine take nothing against State Farm General Insurance Company, that the action be DISMISSED

1  WITH PREJUDICE, and that defendant State Farm General Insurance Company recover its taxable

2  costs pursuant to 28 U.S.C. § 1920.

3  Dated: January 30, 2017

<br>

WILLIAM H. ORRICK
United States District Judge

APPROVED AS TO FORM:

Dated: January 27, 2017    TIERNEY & MERCADO, PC


By  */s/ Kent Tierney*
    KENT TIERNEY
    MICHAEL C. MERCADO
    Attorneys for Plaintiff
    CHARLES LEMOINE